**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | 5:00-CR-9(6) |
| | § | |
| **JOE WASHINGTON** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Both parties waived their right to file objections to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the allegations as set forth in the Government's petition is **ACCEPTED**. Further, it is

**ORDERED** that Defendant's supervised release is **REVOKED**. Based upon the Defendant's plea of true to the allegations, the Court finds that Defendant did violate his conditions of supervised release as alleged in the U.S. Probation Office's violation petition. Further, it is

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months with no term of supervised release to follow such term of imprisonment. It is further

**REQUESTED** that Defendant be allowed to serve his term of imprisonment at the

Texarkana Federal Correctional Institute and that Defendant receive alcohol treatment while he is serving the term of imprisonment.

**SIGNED this 21st day of April, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE